

**FILED**

DEC - 9 2020

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **STATE OF NEW YORK,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **FACEBOOK, INC.**, <br><br> Defendant. | Case: 1:20–cv–03589 <br> Assigned To : Boasberg, James E. <br> Assign. Date : 12/9/2020 <br> Description: Antitrust (A–DECK) <br><br><br> Chief Judge Beryl A. Howell |

**<u>ORDER</u>**

Upon consideration of Plaintiff States' Motion to File Complaint Temporarily Under Seal, it is hereby GRANTED; and it is further

**ORDERED**, that the States' unredacted Complaint in the above-captioned matter shall remain sealed until further Order of the Court;

**ORDERED**, the Clerk of the Court shall immediately place on the public docket the States' partially redacted Complaint in the above-captioned matter, attached as Exhibit 1 to the States' Motion;

**ORDERED**, that the States shall promptly provide a copy of this Order to representatives of Defendant Facebook, Inc.;

**ORDERED**, that within ten calendar days of the date of this Order, either the States or Defendant Facebook, Inc. shall provide to the United States District Judge to whom this case is assigned an updated proposal regarding sealing.

**SO ORDERED.**

Date: December 9, 2020

_____
BERYL A. HOWELL
Chief Judge