AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| State of New York, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03589-JEB |
| Facebook, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Missouri                                      .

Date:  12/15/2020                                    /s/ Kimberley Biagioli
                                                                  *Attorney's signature*

                                                        Kimberley Biagioli, Missouri # 71690
                                                                  *Printed name and bar number*

                                                        Missouri Attorney General's Office
                                                        615 E. 13th Street, Suite 401
                                                        Kansas City, MO 64106
                                                                  *Address*

                                                        Kimberley.Biagioli@ago.mo.gov
                                                                  *E-mail address*

                                                        (816) 889-3090
                                                                  *Telephone number*

                                                        (816) 889-5006
                                                                  *FAX number*