AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| STATE OF NEW YORK, ET AL. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03589-JEB |
| FACEBOOK, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FACEBOOK, INC.

Date: 12/18/2020

/s/ Mark C. Hansen
*Attorney's signature*

Mark C. Hansen (D.C. Bar - 425930)
*Printed name and bar number*

Kellogg, Hansen, Todd, Figel & Frederick, PLLC
1615 M Street NW, Suite 400
Washington, DC 20036
*Address*

mhansen@kellogghansen.com
*E-mail address*

(202) 326-7900
*Telephone number*

(202) 326-7999
*FAX number*