IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STATE OF NEW YORK,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **FACEBOOK, INC.** <br><br> Defendant. | Civil Action No. 1:20-cv-03589-JEB |

### PLAINTIFFS' MOTION TO CONSOLIDATE

Plaintiffs the State of New York *et al.* respectfully move the Court pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and Local Civil Rule 40.5(d) to consolidate *Federal Trade Commission v. Facebook, Inc.*, 1:20-cv-03590-CRC and *State of New York, et al. v. Facebook, Inc.*, 1:20-cv-03589-JEB, which shall be jointly captioned with *Federal Trade Commission v. Facebook, Inc.* and the *State of New York, et al. v. Facebook, Inc.* as shown in the attached proposed order in support of this motion. The grounds for this motion are set forth in the attached memorandum in support thereof.

2

                                                    Respectfully submitted,

Dated: December 18, 2020            */s/ Arthur Durst*
                                                    Arthur T. Durst, Esq.
                                                    (D.C. Bar No. 888273305)
                                                    Office of the Attorney General for the
                                                    District of Columbia
                                                    400 6th Street, N.W.
                                                    Washington, D.C. 20001
                                                    Telephone: (202) 442-9853
                                                    Email: arthur.durst@dc.gov

                                                    *Attorney for Plaintiff*
                                                    *District of Columbia*