IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STATE OF NEW YORK,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **FACEBOOK, INC.** <br><br> Defendant. | Civil Action No. 1:20-cv-03589-JEB |

### [PROPOSED] ORDER

Upon consideration of Plaintiff States' (the "States") Unopposed Motion to File Revised Partially Redacted Complaint and Updated Proposal Regarding Sealing ("Motion"), it is hereby GRANTED, and it is further

ORDERED, the Clerk of the Court shall immediately place on the public docket the States' revised partially redacted Complaint in the above-captioned matter, attached as Exhibit 1 to the States' Motion;

ORDERED, that the States shall promptly provide a copy of this Order to representatives of Defendant Facebook, Inc.;

ORDERED, that the States' unredacted Complaint in the above-captioned matter shall remain sealed until further Order of the Court.

ISSUED this _____ day of _____, 2020, at _____ a.m./p.m.

SO ORDERED

_____
JAMES E. BOASBERG
United States District Court Judge