IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 1:20-cv-03589-JEB |

**FACEBOOK, INC.'S MOTION TO DISMISS**
**STATES'** *PARENS PATRIAE* **COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying memorandum of law, Defendant Facebook, Inc., by and through its undersigned counsel, hereby moves this Court for an order dismissing with prejudice the States' *Parens Patriae* Complaint, ECF No. 70, for failure to state a claim upon which relief can be granted.

Facebook respectfully requests oral argument on its motion pursuant to Local Civil Rule 7(f).

DATED: March 10, 2021                  Respectfully submitted,

/s/  Mark C. Hansen
Mark C. Hansen (D.C. Bar No. 425930)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com

*Counsel for Defendant Facebook, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 10, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

      /s/  Mark C. Hansen
      Mark C. Hansen (D.C. Bar No. 425930)
      KELLOGG, HANSEN, TODD,
        FIGEL & FREDERICK, P.L.L.C.
      1615 M Street, N.W., Suite 400
      Washington, D.C. 20036
      Tel: (202) 326-7900
      mhansen@kellogghansen.com

      *Counsel for Defendant Facebook, Inc.*