**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

STATE OF NEW YORK, et al.,

       Plaintiffs,

       v.

FACEBOOK, INC.,

       Defendant.

Case No. 1:20-cv-03589-JEB

**[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S**
**MOTION TO DISMISS STATES' *PARENS PATRIAE* COMPLAINT**

Upon consideration of Defendant Facebook, Inc.'s Motion To Dismiss States' *Parens*
*Patriae* Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, it is
hereby:

**ORDERED** that the Motion To Dismiss States' *Parens Patriae* Complaint be, and
hereby is, **GRANTED**; and it is further

**ORDERED** that the States' *Parens Patriae* Complaint, ECF No. 70, be, and hereby is,
**DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

DATED: _____, 2021

_____
Honorable James E. Boasberg
United States District Judge