UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STATE OF NEW YORK,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**FACEBOOK, INC.,**<br><br>Defendant. | Civil Action No. 20-3589 (JEB) |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Facebook's Motion to Dismiss is GRANTED; and

2. The case is DISMISSED WITHOUT PREJUDICE.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:  June 28, 2021