## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

STATE OF NEW YORK, *et al.*

Plaintiffs

v.

FACEBOOK, INC.

Defendant.

Case No.  1:20-cv-03589-JEB

## NOTICE OF APPEAL

Notice is hereby given this 28th day of July, 2021, that the undersigned plaintiffs hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the order of this Court entered on the 28th day of June, 2021, ECF No. 136, in favor of defendant, Facebook, Inc., and against said plaintiffs.

DATED:      July 28, 2021

LETITIA JAMES
Attorney General of New York

/s/ *Christopher D'Angelo*
Christopher D'Angelo (D.C. Bar No. 502220)
Chief Deputy Attorney General, Economic Justice
  Division
Elinor R. Hoffman, Antitrust Bureau Chief
Kevin Wallace, Senior Enforcement Counsel
Steven Wu, Deputy Solicitor General
Philip Levitz, Assistant Solicitor General

New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Tel.: (212) 416-8262
Email: Christopher.D'Angelo@ag.ny.gov

*Attorneys for Plaintiff State of New York*

FOR PLAINTIFF DISTRICT OF COLUMBIA:

KARL A. RACINE
Attorney General

KATHLEEN KONOPKA (D.C. Bar No. 495257)
Deputy Attorney General


/s/ Arthur T. Durst
Catherine A. Jackson (D.C. Bar No. 1005415)
catherine.jackson@dc.gov
Arthur T. Durst (D.C. Bar No. 888273305)
arthur.durst@dc.gov
Office of the Attorney General for the District of Columbia
400 6th Street, N.W., 10th Floor
Washington, DC 20001
Tel: (202) 442-9853

*Attorneys for Plaintiff District of Columbia*

FOR PLAINTIFF STATE OF CALIFORNIA:

ROB BONTA
Attorney General

KATHLEEN FOOTE
Senior Assistant Attorney General

*/s/ Paula Blizzard*

Paula L. Blizzard, Supervising Deputy Attorney General
Paula.Blizzard@doj.ca.gov
Mina Noroozkhani, Deputy Attorney General
Mina.Noroozkhani@doj.ca.gov
Nicole Gordon, Deputy Attorney General
Nicole.Gordon@doj.ca.gov
Nell Moley, Deputy Attorney General
Nell.Moley@doj.ca.gov

CALIFORNIA OFFICE OF THE ATTORNEY GENERAL
455 Golden Gate Ave. Suite 11000
San Francisco, CA 94102
Telephone: (415) 510-3765

*Attorneys for Plaintiff State of California*

FOR PLAINTIFF STATE OF COLORADO:


PHILIP J. WEISER
Attorney General of Colorado

STEVEN M. KAUFMANN
Deputy Attorney General

DIANE R. HAZEL
First Assistant Attorney General

*/s/ Jeffrey H. Blattner*

_____
JEFFREY H. BLATTNER
Special Assistant Attorney General
Jeff.Blattner@coag.gov

Colorado Office of the Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203
Tel:  720-508-6000

*Attorneys for Plaintiff State of Colorado*

FOR PLAINTIFF STATE OF FLORIDA:

Ashley Moody
Attorney General


<u>/s/ R. Scott Palmer</u>
R. Scott Palmer
Interim Co-Director, Antitrust Division
[Scott.Palmer@myfloridalegal.com](mailto:Scott.Palmer@myfloridalegal.com) Office
of the Attorney General
State of Florida
PL-01 The Capitol
Tallahassee, FL 32399

Office: 850 414-3847
Cell: 850 274-9678
Fax:  850 488-9134

*Attorney for the State of Florida*

FOR PLAINTIFF STATE OF IOWA:

THOMAS J. MILLER
Attorney General


 /s/ Bryce Pashler
Bryce Pashler
Assistant Attorney General
Bryce.Pashler@ag.iowa.gov

Office of the Attorney General of Iowa
Hoover State Office Building
1305 E. Walnut Street
Des Moines, Iowa 50319

Tel: (515) 281-5164

*Attorneys for Plaintiff State of Iowa*

FOR PLAINTIFF STATE OF NEBRASKA:

DOUGLAS J. PETERSON
Attorney General

Joseph M. Conrad
Assistant Attorney General


/s/ Joseph M. Conrad
  Joseph M. Conrad
  Joseph.conrad@nebraska.gov
  Shereece Dendy-Sanders
  shereece.dendy-sanders@nebraska.gov
  Nebraska Office of the Attorney General
  2115 State Capitol
  Lincoln, NE 68509
  Tel:  402-471-3840

*Attorneys for Plaintiff State of Nebraska*

FOR PLAINTIFF STATE OF NORTH CAROLINA:

JOSHUA H. STEIN
Attorney General

W. SWAIN WOOD
General Counsel

KEVIN ANDERSON
Senior Deputy Attorney General
Director, Consumer Protection Division

/s Daniel T. Wilkes
DANIEL T. WILKES
dwilkes@ncdoj.gov
JESSICA V. SUTTON
Jsutton2@ncdoj.gov
North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Tel: 919-716-6000

*Attorneys for Plaintiff State of North Carolina*

FOR PLAINTIFF STATE OF OHIO:

DAVE YOST
Attorney General of Ohio


*/s/ James C. Roberts*
James C. Roberts
Principal Assistant Attorney General
Email: James.Roberts@ohioago.gov
Jennifer L. Pratt
Chief, Antitrust Section
Email: Jennifer.Pratt@ohioago.gov
Beth A. Finnerty
Assistant Chief, Antitrust Section
Email: Beth.Finnerty@ohioago.gov
Office of the Ohio Attorney General
30 East Broad Street, 26th Floor
Columbus, OH 43215
Tel.: (614) 466-4328

*Attorneys for Plaintiff State of Ohio*

FOR PLAINTIFF STATE OF TENNESSEE:


/s/ Herbert H. Slatery III
HERBERT H. SLATERY III
ATTORNEY GENERAL AND REPORTER


J. David McDowell
Director of Antitrust, Senior Assistant Attorney General
David.McDowell@ag.tn.gov

J. Tate Ball
Assistant Attorney General
Tate.Ball@ag.tn.gov

Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
(615) 741-8722

*Attorneys for Plaintiff State of Tennessee*

FOR PLAINTIFF STATE OF ALASKA:

TREG R. TAYLOR
Attorney General

Jeff Pickett
Senior Assistant Attorney General


/s/ *Jeff Pickett*
Jeff Pickett
jeff.pickett@alaska.gov
State of Alaska Department of Law
Office of the Attorney General
1021 W. 4th Ave., Suite 200
Anchorage, AK 99501
Tel: (907) 269-5275

*Attorneys for Plaintiff State of Alaska*

FOR PLAINTIFF STATE OF ARIZONA:

Mark Brnovich
Attorney General

Dana Vogel
Unit Chief Counsel


/s/ Dana R. Vogel
Dana Vogel
Dana.Vogel@azag.gov
Christina Grey
Christina.Grey@azag.gov
Arizona Office of the Attorney General
2005 N Central Ave
Phoenix, Arizona 85004
Tel: 602-542-3725

*Attorneys for Plaintiff State of Arizona*

FOR PLAINTIFF STATE OF ARKANSAS:

LESLIE RUTLEDGE
Attorney General

Johnathan R. Carter
Assistant Attorney General


/s/ Johnathan R. Carter
Johnathan R. Carter, Ark. Bar No. 2007105
Johnathan.carter@arkansasag.gov
Arkansas Office of the Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
Tel:  501.682.8063

*Attorney for Plaintiff State of Arkansas*

FOR PLAINTIFF STATE OF CONNECTICUT:

WILLIAM TONG
Attorney General


/s/ Jeremy L. Pearlman_____
Jeremy L. Pearlman
Deputy Associate Attorney General
Office of the Attorney General
165 Capitol Avenue
Hartford, Connecticut 06106
Tel. 860-808-5440
Email: jeremy.pearlman@ct.gov

*Attorney for Plaintiff State of Connecticut*

FOR PLAINTIFF STATE OF DELAWARE:

KATHLEEN JENNINGS
Attorney General


/s/ Michael A. Undorf
Michael A. Undorf
Deputy Attorney General
Delaware Department of Justice
820 N. French St., 5th Floor
Wilmington, DE 19801
Tel: (302) 683-8816
michael.undorf@delaware.gov

*Attorneys for Plaintiff State of Delaware*

FOR PLAINTIFF TERRITORY OF
GUAM:

LEEVIN TAITANO CAMACHO
Attorney General

/s/ Leevin Taitano Camacho
Leevin Taitano Camacho
Attorney General
Fred Nishihira
Deputy Attorney General
fnishihira@oagguam.org
Benjamin Paholke
Assistant Attorney General
bpaholke@oagguam.org
Office of the Attorney General of Guam
590 S. Marine Corps Drive, Suite 901
Tamuning, Guam 96913
Tel:  (671)-475-3324

*Attorneys for Plaintiff Territory of Guam*

FOR PLAINTIFF STATE OF HAWAII:

CLARE E. CONNORS
Attorney General


*/s/ Rodney I. Kimura*
Rodney I. Kimura
Rodney.i.kimura@hawaii.gov

Bryan C. Yee
Bryan.c.yee@hawaii.gov

Department of the Attorney General
425 Queen Street
Honolulu, Hawaii. 96813
Tel:  808-586-1180

*Attorneys for Plaintiff State of Hawaii*

FOR PLAINTIFF STATE OF IDAHO:

LAWRENCE G. WASDEN
Attorney General

DAVID B. YOUNG
Deputy Attorney General


/s/ David B. Young
DAVID B. YOUNG
Deputy Attorney General
David.Young@ag.idaho.gov
BRETT T. DELANGE
Consumer Protection Division Chief
Brett.DeLange@ag.idaho.gov
Idaho Office of the Attorney General
Consumer Protection Division
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, ID  83720-0010
Tel:  (208) 334-2424

*Attorneys for Plaintiff State of Idaho*

FOR PLAINTIFF STATE OF ILLINOIS:

KWAME RAOUL
Attorney General

Blake L. Harrop
Chief, Antitrust Bureau

/s/ Blake L. Harrop
Blake L. Harrop
Blake.Harrop@illinois.gov
Joseph B. Chervin
Joseph.Chervin@illinois.gov
Office of the Illinois Attorney General
100 W. Randolph St.
Chicago, IL  60601
773-590-6929

*Attorneys for Plaintiff State of Illinois*

FOR PLAINTIFF STATE OF INDIANA:

THEODORE E. ROKITA
Attorney General

SCOTT L. BARNHART
Chief Counsel and Director of Consumer Protection

MATTHEW MICHALOSKI
Deputy Attorney General

BETSY DENARDI
Director of Complex Litigation

/s/ Scott Barnhart
Scott Barnhart
scott.barnhart@atg.in.gov
Matthew Michaloski
matthew.michaloski@atg.in.gov
Betsy DeNardi
betsy.denardi@atg.in.gov
Indiana Office of the Attorney General
302 West Washington Street, IGCS 5th Floor,
Indianapolis, IN 46204
Tel: (317) 232-6309

*Attorneys for Plaintiff State of Indiana*

FOR PLAINTIFF STATE OF KANSAS:

DEREK SCHMIDT
Attorney General


/s/ Lynette R. Bakker
Lynette R. Bakker
Assistant Attorney General
lynette.bakker@ag.ks.gov
Kansas Office of the Attorney General
120 S.W. 10h Avenue, 2d Floor
Topeka, KS 66612-1597
Tel:  (785) 296-3751

*Attorneys for Plaintiff State of Kansas*

FOR PLAINTIFF COMMONWEALTH OF KENTUCKY:

DANIEL CAMERON
Attorney General

Jonathan E. Farmer
Assistant Attorney General in Consumer Protection


s/ *Jonathan E. Farmer*

J. Christian Lewis, Executive Director of Consumer Protection
Christian.Lewis@ky.gov
Philip R. Heleringer, Deputy Director of Consumer Protection
Philip.Heleringer@ky.gov
Jonathan E. Farmer, Assistant Attorney General
Jonathan.Farmer@ky.gov
Office of the Attorney General,
Commonwealth of Kentucky
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601
Tel: 502-696-5300

*Attorneys for Plaintiff Commonwealth of Kentucky*

FOR PLAINTIFF STATE OF LOUISIANA:

JEFF LANDRY
Attorney General

Christopher J. Alderman
AldermanC@ag.Louisiana.gov
Assistant Attorney General
Complex Litigation Unit
Louisiana Office of the Attorney General
1885 N. 3rd St.
4th Floor
Baton Rouge, LA 70802
Tel:  225.326.6400

*Attorneys for Plaintiff State of Louisiana*

FOR PLAINTIFF STATE OF MAINE:

AARON M. FREY
Attorney General

_/s/ Christina M. Moylan_
Christina M. Moylan, Assistant Attorney General
christina.moylan@maine.gov
Elizabeth Reardon, Assistant Attorney General
elizabeth.reardon@maine.gov
Office of the Maine Attorney General
6 State House Station
Augusta, Maine 04333-0006
Tel:  207-626-8800

_Attorneys for Plaintiff State of Maine_

FOR PLAINTIFF STATE OF MARYLAND:

BRIAN E. FROSH
Attorney General


 /s/ Schonette J. Walker
Schonette J. Walker
Assistant Attorney General
Chief, Antitrust Division
swalker@oag.state.md.us

Gary Honick
Assistant Attorney General
Deputy Chief, Antitrust Division
ghonick@oag.state.md.us
200 St. Paul Place, 19th Floor
Baltimore, Maryland  21202
(410) 576-6470

*Attorneys for Plaintiff State of Maryland*

FOR PLAINTIFF COMMONWEALTH OF MASSACHUSETTS:

Maura Healey
Attorney General

Michael MacKenzie
Deputy Chief, Antitrust Division


 /s/ Michael MacKenzie
 Michael MacKenzie
 michael.mackenzie@mass.gov
 William Matlack
 william.matlack@mass.gov
 Daniel Leff
 daniel.leff@mass.gov
 Massachusetts Office of the Attorney General
 One Ashburton Place, 18th Floor
 Boston, MA 02108
 Tel:  617-727-7200

*Attorneys for Plaintiff Commonwealth of Massachusetts*

FOR PLAINTIFF STATE OF MICHIGAN:

DANA NESSEL
Attorney General

WISAM E. NAOUM
Assistant Attorney General

Wisam E. Naoum
NaoumW1@michigan.gov
Michigan Department of Attorney General
Corporate Oversight Division
P.O. Box 30736
Lansing, MI 48909
Tel:  (517) 335-7632

*Attorneys for Plaintiff State of Michigan*

FOR PLAINTIFF STATE OF MINNESOTA:

KEITH ELLISON
Attorney General
State of Minnesota

JAMES W. CANADAY
Deputy Attorney General

JUSTIN MOOR
Assistant Attorney General

/s/ Justin Moor
Justin Moor
justin.moor@ag.state.mn.us
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2130
651-724-9627

*Attorneys for Plaintiff State of Minnesota*

FOR PLAINTIFF STATE OF MISSISSIPPI

LYNN FITCH, ATTORNEY GENERAL
STATE OF MISSISSIPPI

/s/ Hart Martin
Hart.martin@ago.ms.gov
Hart Martin
Consumer Protection Division
Mississippi Attorney General's
Office Post Office Box 220
Jackson, Mississippi 39205
Telephone:  601-359-4223
Fax: 601-359-4231

*Attorneys for Plaintiff State of Mississippi*

FOR PLAINTIFF STATE OF MISSOURI:

Eric Schmitt
Attorney General

 /s/ Kimberley Biagioli
Kimberley Biagioli, Assistant Attorney General
Kimberley.Biagioli@ago.mo.gov

Missouri Attorney General's Office
615 E. 13th Street, Suite 401
Kansas City, Missouri 64106
Tel:  816-889-3090

*Attorney for Plaintiff State of Missouri*

FOR PLAINTIFF STATE OF MONTANA:

AUSTIN KNUDSEN
Attorney General

MARK MATTIOLI
Chief, Office of Consumer Protection


 /s/ *Mark Mattioli*
 Mark Mattioli
 mmattioli@mt.gov
 Montana Office of the Attorney General
 P.O. Box 200151
 555 Fuller Avenue, 2nd Floor
 Helena, MT 59620-0151
 Tel:  (406) 444-4500

*Attorneys for Plaintiff State of Montana*

FOR PLAINTIFF STATE OF NEVADA:

AARON D. FORD
Attorney General

ERNEST D. FIGUEROA
Consumer Advocate


 /s/  Marie W.L. Martin__
Marie W.L. Martin (NV Bar No. 7808)
Senior Deputy Attorney General
MWMartin@ag.nv.gov
Lucas J. Tucker (NV Bar No. 10252)
Senior Deputy Attorney General
LTucker@ag.nv.gov
Michelle C. Newman (NV Bar No. 13206)
Senior Deputy Attorney General
MNewman@ag.nv.gov
Office of the Nevada Attorney General
100 N. Carson St.
Carson City, Nevada 89701
Tel: (775) 684-1100

*Attorneys for Plaintiff State of Nevada*

FOR PLAINTIFF STATE OF NEW HAMPSHIRE:

John M. Formella
Attorney General


John W. Garrigan
Assistant Attorney General
Consumer Protection and Antitrust Bureau
New Hampshire Department of Justice
33 Capitol Street
Concord, NH 03301
Office: 603-271-1252
Cell: 603-333-5157
john.garrigan@doj.nh.gov

*Attorney for Plaintiff State of New Hampshire*

FOR PLAINTIFF STATE OF NEW JERSEY:

ANDREW J. BRUCK
Acting Attorney General

ISABELLA R. PITT
Deputy Attorney General


*/s/ Isabella R. Pitt*
  ISABELLA R. PITT
  Deputy Attorney General
  New Jersey Office of Attorney General
  124 Halsey Street
  5th Floor
  Newark, NJ 07102
  Tel.: (973) 648-7819
  Email: isabella.pitt@law.njoag.gov

*Attorney for Plaintiff State of New Jersey*

FOR PLAINTIFF STATE OF NEW MEXICO:

HECTOR BALDERAS
Attorney General

Mark F. Swanson
Assistant Attorney General


/s/ Mark F. Swanson
  Mark F. Swanson
  mswanson@nmag.gov
  Cholla Khoury
  ckhoury@nmag.gov
  New Mexico Office of the Attorney General
  408 Galisteo St. Santa Fe, NM 87504
  Tel:  505.490.4885

*Attorneys for Plaintiff State of New Mexico*

FOR PLAINTIFF STATE OF NORTH DAKOTA:


STATE OF NORTH DAKOTA
Wayne Stenehjem
Attorney General


/s/ Parrell D. Grossman
Parrell D. Grossman, ND ID 04684
Director, Consumer Protection & Antitrust Division
Office of Attorney General
Gateway Professional Center
1050 E Interstate Ave, Ste 200
Bismarck, ND  58503-5574
Telephone (701) 328-5570
Facsimile (701) 328-5568
pgrossman@nd.gov


*Attorneys for Plaintiff State of North Dakota*

FOR PLAINTIFF STATE OF OKLAHOMA:

JOHN M. O'CONNOR
Attorney General of Oklahoma

CALEB SMITH
Assistant Attorney General


 /s/ Caleb J. Smith
_____
Caleb J. Smith, OBA No. 33613
Assistant Attorney General
Consumer Protection Unit
Office of the Oklahoma Attorney General
313 NE 21st St
Oklahoma City, OK 73105
Tel. (405) 522-1014
Fax (405) 522-0085
Caleb.Smith@oag.ok.gov

*Attorney for Plaintiff State of Oklahoma*

FOR PLAINTIFF STATE OF OREGON:

Ellen F. Rosenblum
Oregon Attorney General

*/s/ Tim Nord*
TIM NORD
Special Counsel
Tim.D.Nord@doj.state.or.us
CHERYL F. HIEMSTRA
Assistant Attorney General
Cheryl.Hiemstra@doj.state.or.us
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301
Tel: (503) 934-4400

*Attorneys for Plaintiff State of Oregon*

FOR PLAINTIFF COMMONWEALTH OF PENNSYLVANIA:

JOSH SHAPIRO
Attorney General

JAMES A. DONAHUE, III
Executive Deputy Attorney General
Public Protection Division


/s/ Tracy W. Wertz
Tracy W. Wertz
Chief Deputy Attorney General
Antitrust Section
twertz@attorneygeneral.gov
Jennifer J. Kirk
Senior Deputy Attorney General
jkirk@attorneygeneral.gov
Abigail U. Wood
Deputy Attorney General
awood@attorneygeneral.gov
Pennsylvania Office of Attorney General
14th Floor Strawberry Square
Harrisburg, PA 17120
Tel: (717) 787-4530
Email: twertz@attorneygeneral.gov

*Attorneys for Plaintiff Commonwealth of Pennsylvania*

FOR PLAINTIFF STATE OF RHODE ISLAND:

STEPHEN N. PROVAZZA
Special Assistant Attorney General


/s/ Stephen N. Provazza
Stephen N. Provazza
SProvazza@riag.ri.gov
Rhode Island Office of the Attorney General
150 South Main Street, Providence, RI  02903
Tel:  401-274-4400

*Attorneys for Plaintiff State of Rhode Island*

FOR PLAINTIFF STATE OF TEXAS:

Ken Paxton
Attorney General of Texas

Shawn Cowles
Deputy Attorney General for Civil Litigation

James Lloyd
Chief, Antitrust Division


/s/ Bret Fulkerson
Bret Fulkerson
Deputy Chief, Antitrust Division
Office of the Attorney General for Texas
300 West 15th St.
Austin, TX 78701
Tel:  512-463-4012
Email:  bret.fulkerson@oag.texas.gov

*Attorneys for Plaintiff State of Texas*

FOR PLAINTIFF STATE OF UTAH:

Sean D. Reyes
Attorney General

Tara W. Pincock
Assistant Attorney General


/s/ *Tara W. Pincock*

Tara W. Pincock
tpincock@agutah.gov
Utah Office of the Attorney General
160 East 300 South, 5th Floor
P.O. Box 140874
Salt Lake City, UT 84114-0874
Tel:  385-881-3958

*Attorneys for Plaintiff State of Utah*

FOR PLAINTIFF STATE OF VERMONT:

THOMAS J. DONOVAN JR.
ATTORNEY GENERAL

Ryan Kriger
Assistant Attorney General

*/s/ Ryan Kriger*
Ryan Kriger
ryan.kriger@vermont.gov
Vermont Office of the Attorney General
109 State Street
Montpelier, Vermont 05609
Tel:  (802) 828-3170

*Attorneys for Plaintiff State of Vermont*

FOR PLAINTIFF COMMONWEALTH OF VIRGINIA:

MARK R. HERRING
Attorney General


/s/ Sarah Oxenham Allen
Sarah Oxenham Allen
Senior Assistant Attorney General
SOAllen@oag.state.va.us
Tyler T. Henry
Assistant Attorney General
THenry@oag.state.va.us
202 North 9th Street
Richmond, Virginia 23219
Tel:  804-692-0485

*Attorneys for Plaintiff Commonwealth of Virginia*

FOR PLAINTIFF STATE OF WASHINGTON:

ROBERT W. FERGUSON
Attorney General

AMY N. L. HANSON
Managing Assistant Attorney General, Antitrust Division


_____
Amy N. L. Hanson
Amy.Hanson@atg.wa.gov
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
Tel:  (206) 464-5419

*Attorneys for Plaintiff State of Washington*

FOR PLAINTIFF STATE OF WEST VIRGINIA

PATRICK MORRISEY
Attorney General


_____

Douglas L. Davis
Senior Assistant Attorney General
Douglas.L.Davis@wvago.gov
Tanya L. Godfrey
Assistant Attorney General
Tanya.L.Godfrey@wvago.gov
DC Bar No. 1016435
Office of the West Virginia Attorney General
Consumer Protection/Antitrust Division
PO Box 1789
Charleston, WV 25326
Tel:  304-558-8986

*Attorneys for Plaintiff State of West Virginia*

FOR PLAINTIFF STATE OF WISCONSIN:

JOSHUA L. KAUL
Attorney General

s/ Shannon A. Conlin
SHANNON A. CONLIN
Assistant Attorney General
conlinsa@doj.state.wi.us
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1677
(608) 294-2907 (Fax)

*Attorneys for Plaintiff State of Wisconsin*

FOR PLAINTIFF STATE OF WYOMING:

BRIDGET HILL
Attorney General of Wyoming


/s/ Amy A. Pauli

Amy A. Pauli (Wyo. Bar No. 6-4233)
amy.pauli@wyo.gov
Wyoming Office of the Attorney General
2320 Capitol Ave.
Cheyenne, WY 82002
Tel:  (307) 777-6397

*Attorneys for Plaintiff State of Wyoming*