UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW YORK, et al.<br><br>Plaintiffs<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendants. | Civil Action No. 20-3589 (JEB) |

## NOTICE OF SUBSTITUTION

PLEASE TAKE NOTICE that the Plaintiff State of Texas substitutes as its attorney of record in this action William J. Shieber, Assistant Attorney General, in place of Bret Fulkerson. All pleadings and other papers should be served upon Assistant Attorney William J. Shieber at Post Office Box 12548, Austin, Texas 78711-2548, William.shieber@oag.texas.gov.

Respectfully submitted,

 _/s/ Bret Fulkerson_
Bret Fulkerson

TEXAS ATTORNEY GENERAL
300 W. 15th St.
Austin, TX 78701
512-463-1266
Email: Bret.Fulkerson@oag.texas.gov

*Counsel for Plaintiff State of Texas*